# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2025-1839
Lower Tribunal No. 2019-CA-008418-O

_____

MARY J. TURNER, individually, and as Personal Representative of the ESTATE OF JOHN TURNER,

Appellant,

and

PATRICK ROCHA and ANGEL ROCHA, individually, and as natural parents and guardians of Z. R., a minor,

Appellants/Cross-Appellees,

v.

H2ECO BULK, LLC, and MARK STAUD,

Appellees/Cross-Appellants,

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Orange County.
Luis F. Calderon, Judge.

March 3, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and WOZNIAK and WHITE, JJ., concur.

Brent Steinberg and Brenna Spinner, of Swope, Rodante, P.A., Tampa, for Appellant, Mary J. Turner, individually and as Personal Representative of the Estate of John Turner.

Benjamin E. Richard, Thomas F. Slater, Elizabeth T. Cardenas, and Meredith A. Ross, of Pajcic & Pajcic, P.A., Jacksonville, for Appellants/Cross-Appellees, Patrick Rocha and Angel Rocha, individually, and as natural parents and guardians of Z. R., a minor.

Laura Bourne Burkhalter, of Laura Bourne Burkhalter, PA, Fort Lauderdale, and Lawrence E. Burkhalter, of Weinberg Wheeler Hudgins Gunn & Dial, LLC, Miami, for Appellees/Cross-Appellants.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED